The Law Office of Olaf W. Hedberg
Olaf W. Hedberg, State Bar #151082
901 H St., Suite 673
Sacramento, California 95814
(916) 447-1192 office
1-412-774-3537 fax
o.hedberg@sbcglobal.net

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF

CALIFORNIA

| | |
|---|---|
| THE UNITED STAES OF AMERICA<br><br>V.<br><br>JAMES LEROY JOHNSON | Case Number:  10-CR-0042 MCE<br><br>**STIPULATION AND NUNC PRO TUNC ORDER TO DETAIN DEFENDANT** |

In the matter at bar Defendant James Leroy Johnson respectfully requests that the Court issue an order revoking his pretrial release status and that the Court issue that order *nunc pro tunc*. I have spoken with AUSA Jason Hitt and Pretrial Services Officers Beth Baker and Taifa Gaskins and the parties stipulate as follows:

1. Defendant James Leroy Johnson was previously released by order of the Hon. Kimberley J. Mueller on 1/28/10[1];

---

[1] As the Court is undoubtedly aware Judge Mueller was sitting as a Magistrate Judge during all 2010 dates relevant to this issue.

1

2. On June 11, 2010 Defendant was arrested and booked into Sacramento County Jail on a new offense, Sacramento County Superior Court case10F03884 *People v. James Johnson* ;

3. On June 11, 2010 Pretrial Services Officers Taifa Gaskins and Beth Baker caused a warrant request to be sent to Judge Mueller, which Judge Mueller has executed[2];

4. No further action was ever taken on the warrant. No detention hearing has ever been held;

5. As a result, Defendant has not been "in Federal Custody" during the period beginning 6/11/10 until the present despite being in custody the entire time. Further, if Defendant had posted the $10,000 State court bail he would not have been released. Rather, he would have then been subjected to the Federal warrant and brought before a Magistrate;

6. Defendant has not himself done anything to avoid the process of the Court;

Therefore, in order to avoid an unjust and undesirable result (loss of over two years custody credit), the parties stipulate that Defendant James Johnson's release status pursuant to case 10-CR-0042 MCE be changed to "detained" and that the appropriate start date for that detention is the June 11, 2010 date referred to above.

DATED: July 25, 2012                                BENJAMIN WAGNER
                                                    United States Attorney
                                                    by /s/ Olaf W. Hedberg, for
                                                    Jason Hitt
                                                    Assistant U.S. Attorney

DATED: July 25, 2012

                                                    by /s/ Olaf W. Hedberg
                                                    Olaf W. Hedberg
                                                    Counsel for JAMES JOHNSON

---

[2] Defendant directs the Court's attention to Defendant's Sacramento County Online Information, attached hereto as Exhibit "A". The existence of the Federal warrant is reflected in the "Federal Hold" notation in the "Charges/Bail" section.

**ORDER**

It is the Order of the Court that in case 10-CR-00042 Defendant James Leroy Johnson be ordered **DETAINED** and that said order be issued **NUNC PRO TUNC** to the date of **JUNE 11, 2010.**

**IT IS SO ORDERED.**

Dated: July 26, 2012

/s/ Gregory G. Hollows

_____
Hon. Gregory G. Hollows
United States Magistrate Judge