UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA  )
                          )
         v.               )   CR NO: 2:10-cr-00042 MCE
                          )
JAMES JOHNSON

### APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
⊠ Ad Prosequendum              ☐ Ad Testificandum.

| | |
|---|---|
| Name of Detainee: | James JOHNSON |
| Detained at (custodian): | Rio Cosumnes Correctional Center<br>12500 Bruceville Road<br>Elk Grove, California 95757 |

Detainee is:   a.)   ☐ charged in this district by:
                     ⊠ Indictment          ☐ Information          ☐ Complaint
                     Charging Detainee With:  Conspiracy to Distribute and Possess with Intent to Distribute MDMA in violation of 21 U.S.C. §§ 846, 841(a)(1), and additional drug trafficking charges

   or     b.)   ☐ a witness not otherwise available by ordinary process of the Court

Detainee will: a.)   ☐ return to the custody of detaining facility upon termination of proceedings
   or     b.)   ⊠ be retained in federal custody until final disposition of federal charges

*Appearance is necessary forthwith in the Eastern District of California.*

Signature: /s/Jason Hitt
Printed Name & Phone No: Jason Hitt   (916) 554-2751
Attorney of Record for:   United States of America

### WRIT OF HABEAS CORPUS
⊠ Ad Prosequendum              ☐ Ad Testificandum

   The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, *forthwith*, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: August 17, 2012

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | James JOHNSON | Male ☒ | Female ☐ |
| Booking or CDC #: | 09494784 | DOB: | 09/12/89 |
| Facility Address: | Rio Cosumnes Correctional Center | Race: | |
| | 12500 Bruceville Road, Elk Grove, California | FBI #: | |
| Facility Phone: | 916.874.1927 | | |
| Currently Incarcerated For: | State drug charges. | | |

**RETURN OF SERVICE**

Executed on _____ by _____     _____
(Signature)

Form Crim-48                                                                                                                  Revised 11/19/97