The Law Office of Olaf W. Hedberg
Olaf W. Hedberg, State Bar #151082
901 H St., Suite 673
Sacramento, California 95814
(916) 447-1192 office
1-412-774-3537 fax
o.hedberg@sbcglobal.net

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF

CALIFORNIA

| | |
|---|---|
| THE UNITED STAES OF AMERICA<br><br>V.<br><br>JAMES LEROY JOHNSON | Case Number: 2:10-CR-00042 MCE<br><br>**STIPULATION AND ORDER CONTINUING CHANGE OF PLEA HEARING**<br><br>DATE: August 23, 2012<br>TIME: 9:a.m.<br>DEPT: Hon. Morrison England, Jr. |

     The parties, through undersigned counsel, stipulate that the change of plea hearing, currently set for August 23, 2012 be continued to September 6, 2012 at 9 a.m. Defense counsel needs additional time to meet with Defendant regarding the plea agreement, the plea process and other collateral issues that materially affect Defendant's plea in this matter.

     Therefore the parties agree that the interests of justice served by this continuance outweigh the public's and the Defendant's interests in a speedy trial and that time may be

1

excluded from the speedy trial calculation under the Speedy Trial Act for counsel preparation pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4.

DATED: August 21, 2012                         OLAF W. HEDBERG
                                               /s/ Olaf W. Hedberg,
                                               Olaf Hedberg
                                               Counsel for JAMES LEROY JOHNSON


DATED: August 21, 2012                         BENJAMIN WAGNER
                                               United States Attorney
                                               by /s/ Olaf W. Hedberg, for
                                               Jason Hitt
                                               Assistant U.S. Attorney

## ORDER

Pursuant to the foregoing stipulation of conusel, the status conference, scheduled for August 23, 2012 , is continued to September 6, 2012, at 9:00 a.m. Time is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for counsel preparation.  The Court finds that the ends of justice served by granting this continuance outweigh the best interests of defendant and the public to a speedy trial.

IT IS SO ORDERED.


DATED:  August 27, 2012


_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE